UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL,

          Plaintiff,

– against –

MSC MEDITERRANEAN SHIPPING
COMPANY SA; *et al.*,

          Defendants.

Case No. 1:22-cv-6305-JAV

---

**ORDER GRANTING JOINT APPLICATION TO APPOINT COMMISSIONER FOR DISCOVERY IN SWITZERLAND AND ISSUE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE UNDER CHAPTER II OF HAGUE CONVENTION AND DESIGNATE AGENT FOR SERVICE OF PROCESS IN SWITZERLAND**

Upon review and consideration of the parties' September 4, 2025, Joint Application to Appoint Commissioner and Data Privacy Monitor and Issue Request for International Judicial Assistance Under Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, the Court **HEREBY ORDERS:**

1. The parties' Joint Application to Appoint Commissioner and Data Privacy Monitor and Issue Request for International Judicial Assistance Under Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters is approved;

2. The Request for International Judicial Assistance in the Appointment of a Commissioner and Data Privacy Monitor Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Request for Judicial Assistance") is issued at the Court's direction and is incorporated herein;

3. Franz X. Stirnimann Fuentes is hereby appointed, pending the approval of the Swiss Central Authority of the canton of Geneva, the *Tribunal civil- Tribunal de première instance* and subject to the terms and limitations of the Request for Judicial Assistance, and other provisions of this Order, (a) as the Commissioner: 1) to take evidence in the above-captioned action to the extent such evidence is agreed by the parties or ordered by this Court, and 2) to receive documents and information agreed by the parties or ordered by this Court to be produced, and to transmit the documents and information to counsel for Plaintiff, and (b) to the extent "personal data" would be disclosed under Swiss law, as the Privacy Monitor to assist the parties in satisfying Swiss personal data protection laws, in liaison with the competent Swiss personal data protection authority;

4. This signed Order and signed Letter of Request for Judicial Assistance will be given to counsel for Defendant MSC Mediterranean Shipping Company SA, who will file both documents, along with French translations of both documents and Exhibits 1-5, with the Central Authority of the canton of Geneva, *Tribunal civil- Tribunal de première instance*, postal address: Rue de l'Athenée 6-8, Case postale 3736, 1211 Geneva 3, Switzerland, with copy to the Swiss Federal Department of Justice and Police, Federal Office of Justice, Section of Private International Law, Bundesrain 30, 3003 Bern, Switzerland;

5. Counsel for Defendant MSC Mediterranean Shipping Company SA will copy or copyforward to counsel for Plaintiff on correspondence with the Swiss Central Authority. Counsel for MSC Mediterranean Shipping Company SA shall also notify counsel for Plaintiff when it submits materials responsive to Plaintiff's Requests for Production to Mr. Franz X. Stirnimann Fuentes for his review.

6. After the signing of this Order, counsel for the parties will use their best efforts to obtain permission by the Central Authority of the canton of Geneva, the *Tribunal civil- Tribunal*

*de première instance* to Authorize the Commissioner and Privacy Monitor to Take Evidence Pursuant to Chapter II, Article 17 of the Hague Evidence Convention as soon as possible;

7. To facilitate the issuance of permission by the Swiss Central Authority, the Court hereby authorizes the following individual to accept the Swiss Central Authority's permission of the executed request on the Court's behalf in Switzerland:

> Franz X. Stirnimann Fuentes
> Route de Malagnou 6
> Case Postale 3023
> 1211 Geneva 3
> Switzerland
> T +41 22 552 04 24
> fxs@stirnimannfuentes.com

8. After the Central Authority of the canton of Geneva, the *Tribunal civil- Tribunal de première instance* (in consultation with the Swiss Federal Department of Justice and Police) authorizes the Commissioner to take evidence as is set forth in the Request for Judicial Assistance, MSC Mediterranean Shipping Company SA shall produce such relevant, non-privileged information, responsive to discovery propounded by Plaintiff, as agreed by the parties or as ordered by this Court and subject to the terms of the ESI Protocol [ECF No. 81] and the Protective Order [ECF No. 87] previously entered by the Court;

9. This Order is not intended to, and shall not, confer upon the Commissioner the authority to determine the scope of documents and information required to be produced by MSC Mediterranean Shipping Company SA, or the scope of questions permitted to be asked by Plaintiff and required to be answered by MSC Mediterranean Shipping Company SA;

10. Neither this Order, the production of documents and information pursuant to Chapter II of the Hague Evidence Convention, nor the terms of the Letter of Request for Judicial Assistance shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence

under the laws of Switzerland, or of the United States. Documents and information withheld on the basis of any privilege shall be so identified in an appropriate privilege log, with the date(s) of service of such privilege log to be agreed upon by the parties.

**IT IS SO ORDERED.**

Dated: New York, New York

    September 22, 2025

                                  Hon. Jeannette A. Vargas
                                  United States District Court
                                  Southern District of New York