**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ODETTE BLANCO DE FERNANDEZ *née* BLANCO ROSELL, <br><br>                Plaintiff, <br><br>    – against – <br><br> MSC MEDITERRANEAN SHIPPING COMPANY SA; *et al.*, <br><br>              Defendants. | Case No. 1:22-cv-6305-JAV |

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN THE APPOINTMENT OF A COMMISSIONER AND DATA PRIVACY MONITOR PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING <u>OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS</u>**

A request is hereby made by the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, UNITED STATES OF AMERICA, to the Central Authority of the canton of Geneva, *Tribunal civil- Tribunal de première instance*, postal address: Rue de l'Athenée 6-8, Case postale 3736, 1211 Geneva 3, SWITZERLAND, for assistance in obtaining document and information discovery from MSC Mediterranean Shipping Company SA, a defendant in the above-captioned civil action. This request is made pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention").

| | | |
|---|---|---|
| 1. | Sender | The Honorable Jeannette A. Vargas<br>United States District Judge<br>United States District Court<br>Southern District of New York<br>500 Pearl St.<br>New York, NY 10007-1312<br>UNITED STATES OF AMERICA |
| 2. | Central Authority of the Requested State | *Tribunal civil- Tribunal de première instance*,<br>Rue de l'Athenée 6-8, Case postale 3736, 1211 Geneva 3, SWITZERLAND |
| 3. | Person to whom the executed request is to be returned | Franz X. Stirnimann Fuentes<br>Route de Malagnou 6<br>Case Postale 3023<br>1211 Geneva 3<br>SWITZERLAND<br>T +41 22 552 04 24<br>fxs@stirnimannfuentes.com<br><br>MSC Mediterranean Shipping Company SA also designates Franz X. Stirnimann Fuentes to accept service of the Hague Evidence Convention authorization and notifications from the Swiss governmental authorities related to the Hague Evidence Convention proceedings on MSC Mediterranean Shipping Company SA's behalf. |

In conformity with Chapter II, Article 17 of the Hague Evidence Convention, the United States District Court for the Southern District of New York presents its compliments to the Central Authority of the Canton of Geneva, the *Tribunal civil- Tribunal de première instance* and has the honor to submit the following request:

| | | |
|---|---|---|
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Request for International Judicial Assistance ("Request for Assistance") | The requesting authority would greatly appreciate a response to the Request for Assistance within 21 days or as soon as is practicable. |
| 5. | Requesting judicial authority | United States District Court<br>Southern District of New York<br>500 Pearl St.<br>New York, NY 10007-1312<br>UNITED STATES OF AMERICA |
| 6. | To the competent authority of | The Swiss Confederation |
| 7. | Name of the case and any identifying number | *Odette Blanco de Fernandez, et al. v. MSC Mediterranean Shipping Company SA, et al.*, No. 22-cv-6305-JAV |
| 8. | Name of Plaintiffs | Odette Blanco de Fernandez |
| 9. | Names and addresses of Plaintiff's representatives | David A. Baron<br>Melvin White<br>Jared Robert Butcher<br>Berliner Corcoran & Rowe<br>1101 17th Street, NW<br>Suite 1100<br>Washington, DC 20036<br>UNITED STATES OF AMERICA<br>T: (202) 293-5555<br>F: (202) 293-9035<br><br>Richard W. Fields<br>Fields PLLC<br>1701 Pennsylvania Ave., N.W.<br>Suite 200<br>Washington, DC 20006<br>UNITED STATES OF AMERICA<br>T: (833) 382-9816 |

|                                                | Dennis O. Cohen<br>Law Office of Dennis O. Cohen, PLLC<br>157 13th Street<br>Brooklyn, NY 11215<br>UNITED STATES OF AMERICA<br>T: (646) 859-8855 |
|---|---|
| 10. Name of the relevant Defendant | MSC Mediterranean Shipping Company SA<br><br>Registered Office:<br>    Chem. Rieu 12-14<br>    1208 Genève, SWITZERLAND |
| 11. Name and address of relevant Defendant's representatives | Diana Sterk<br>Arnold & Porter Kaye Scholer LLP<br>250 W. 55th St.<br>New York, NY 10019<br>UNITED STATES OF AMERICA<br>T: (212) 836-8000<br>F: (212) 836-6638<br><br>John Bellinger, III<br>Sally Pei<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>UNITED STATES OF AMERICA<br>T: (202) 942-5000<br>F: (202) 942-5999<br><br>Robert Reeves Anderson<br>Arnold & Porter Kaye Scholer LLP<br>1144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>UNITED STATES OF AMERICA<br>T: (303) 863-1000<br>F: (303) 863-2301 |
| 12. Nature and purpose of the proceedings and summary of the facts | Plaintiff alleges that Defendants violated the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, known as the "Helms-Burton Act." The act establishes liability for "trafficking" in property confiscated by the Cuban government on or after January 1, 1959. Plaintiff alleges that in 1960, the Cuban government confiscated |

4

property belonging to Plaintiff and her deceased family members. Plaintiff contends that this property is now used by Defendants, the Port of Mariel, the Terminal de Contenedores del Mariel, and related port facilities. Plaintiff further alleges that MSC Mediterranean Shipping Company SA, and a related American subsidiary, Mediterranean Shipping Company (USA) Inc., "traffic" in that property, *i.e.*, by calling at the port and using port services.

On February 28, 2025, counsel for Plaintiff served on counsel for MSC Mediterranean Shipping Company SA Plaintiff's First Request for Production of Documents. *See* Exhibit 1, attached hereto and incorporated herewith.

| | |
|---|---|
| 13. Evidence to be obtained | The evidence to be obtained consists of documents, electronically-stored information, and other information maintained by MSC Mediterranean Shipping Company SA that may be relevant to the claims and defenses in the above-referenced action. MSC Mediterranean Shipping Company SA will provide to the Commissioner documents and electronically stored information for transmission by the Commissioner to counsel for Plaintiff and for MSC Mediterranean Shipping Company SA. |
| 14. Documents or other property to be inspected | The documents and information to be provided to the Commissioner for production to the requesting party are documents and information located in Switzerland that will be produced in response to Plaintiff's First Request for Production of Documents. *See* Exhibit 1, attached hereto and incorporated herewith. |
| 15. Whether the Plaintiff and relevant Defendant have consented to document discovery | The parties have consented to document discovery. |
| 16. Special methods or procedure to be followed | All documents and information will be produced in accordance with the procedures |

<table>
<tr><td></td><td>outlined in the Protective Order, entered on April 1, 2025 [ECF No. 87]. The parties reserve all rights to require productions to conform with the requirements under the Federal Rules of Civil Procedure.</td></tr>
</table>

|  |  |
|---|---|
| 17. Specification of privilege or duty to refuse to produce documents or information under the law of the State of origin | Neither this Request, nor the transmission of documents or information to the Commissioner, nor any examination of documents or information by the Commissioner, shall constitute or operate as a waiver of any argument, position, objection, allegation, claim, or defense, of any party in the above-captioned action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of Switzerland, the United States, or any State within the United States. |
| 18. Summary of complaint | *See* Exhibit 2, attached hereto and incorporated herewith. |
| 19. Summary of defenses | *See* Exhibit 3, attached hereto and incorporated herewith. |
| 20. Authority appointing Commissioner, pending approval of the Ministère de la Justice | United States District Court<br>Southern District of New York<br>500 Pearl St.<br>New York, NY 10007-1312<br>UNITED STATES OF AMERICA |
| 21. Commissioner | Franz X. Stirnimann Fuentes<br>Route de Malagnou 6<br>Case Postale 3023<br>1211 Geneva 3<br>SWITZERLAND<br>T +41 22 552 04 24<br>fxs@stirnimannfuentes.com |
| 22. Costs | All costs of the Hague Evidence Convention proceeding, including without limitation the fees of the Commissioner, will be borne by MSC Mediterranean Shipping Company SA, provided that each party will be responsible for the fees and expenses, if any, of its own |

attorneys relating to any Hague Evidence Convention proceedings.

This Court expresses its appreciation to the Central Authority of the Canton of Geneva, the *Tribunal civil- Tribunal de première instance* of the Canton of Geneva for its courtesy and assistance in this matter.

Dated: New York, New York

      September 22, 2025

                                         Hon. Jeannette A. Vargas
                                         United States District Court
                                         Southern District of New York