**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL,

                              Plaintiff,

          – against –                                    Case No. 1:22-cv-6305-JAV

MSC MEDITERRANEAN SHIPPING
COMPANY SA; *et al.*,

                              Defendants.

**ORDER GRANTING APPLICATION TO APPOINT COMMISSIONER FOR
DISCOVERY IN SWITZERLAND AND ISSUE REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE UNDER CHAPTER II OF HAGUE CONVENTION AND
DESIGNATE AGENT FOR SERVICE OF PROCESS IN SWITZERLAND**

Upon review and consideration of the Defendants' December 5, 2025, Application to

Appoint Commissioner and Data Privacy Monitor and Issue Request for International Judicial

Assistance Under Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence

Abroad in Civil or Commercial Matters, the Court **HEREBY ORDERS:**

1.      The Application to Appoint Commissioner and Data Privacy Monitor and Issue

Request for International Judicial Assistance Under Chapter II of the Hague Convention of 18

March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters is approved;

2.      The Request for International Judicial Assistance in the Appointment of a

Commissioner and Data Privacy Monitor Pursuant to the Hague Convention of 18 March 1970 on

the Taking of Evidence Abroad in Civil or Commercial Matters ("Request for Judicial Assistance")

is issued at the Court's direction and is incorporated herein;

3.    Franz X. Stirnimann Fuentes is hereby appointed, pending the approval of the Swiss Central Authority of the Canton of Geneva, the *Tribunal civil- Tribunal de première instance* and subject to the terms and limitations of the Request for Judicial Assistance, and other provisions of this Order, as the Commissioner to oversee depositions conducted by the parties in the above-captioned action.

4.    This signed Order and signed Letter of Request for Judicial Assistance will be given to counsel for Defendant MSC Mediterranean Shipping Company SA, who will file both documents, along with French translations of both documents and Exhibits 1-5, with the Central Authority of the Canton of Geneva, *Tribunal civil- Tribunal de première instance*, postal address: Rue de l'Athenée 6-8, Case postale 3736, 1211 Geneva 3, Switzerland, with copy to the Swiss Federal Department of Justice and Police, Federal Office of Justice, Section of Private International Law, Bundesrain 30, 3003 Bern, Switzerland;

5.    Counsel for Defendant MSC Mediterranean Shipping Company SA will copy or copyforward to counsel for Plaintiff on correspondence with the Swiss Central Authority.

6.    After the signing of this Order, counsel for the parties will use their best efforts to obtain permission by the Central Authority of the canton of Geneva, the *Tribunal civil- Tribunal de première instance* to Authorize the Commissioner and Privacy Monitor to Take Evidence Pursuant to Chapter II, Article 17 of the Hague Evidence Convention as soon as possible;

7.    To facilitate the issuance of permission by the Swiss Central Authority, the Court hereby authorizes the following individual to accept the Swiss Central Authority's permission of the executed request on the Court's behalf in Switzerland:

Franz X. Stirnimann Fuentes
Route de Malagnou 6
Case Postale 3023
1211 Geneva 3
Switzerland

T +41 22 552 04 24
fxs@stirnimannfuentes.com

8.      After the Central Authority of the canton of Geneva, the *Tribunal civil- Tribunal de première instance* (in consultation with the Swiss Federal Department of Justice and Police) authorizes the Commissioner to take evidence as is set forth in the Request for Judicial Assistance, MSC Mediterranean Shipping Company SA shall facilitate depositions as agreed by the parties or as ordered by this Court and subject to the terms of the Protective Order [ECF No. 87] previously entered by the Court;

9.      This Order is not intended to, and shall not, confer upon the Commissioner the authority to determine the scope of questions permitted to be asked by Plaintiff and required to be answered by witnesses employed by MSC Mediterranean Shipping Company SA;

10.      Neither this Order, the production of documents and information pursuant to Chapter II of the Hague Evidence Convention, nor the terms of the Letter of Request for Judicial Assistance shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence under the laws of Switzerland, or of the United States.

**SO ORDERED.**

Dated: New York, New York
       December 23, 2025

_____
HON. JEANNETTE A. VARGAS
United States District Judge

3