UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
ODETTE BLANCO DE FERNANDEZ née BLANCO          :
ROSELL,                                                   :
                                                          :
                              Plaintiff,                 :          22-CV-06305 (JAV)
                                                          :
           -v-                                            :          ORDER
                                                          :
MSC MEDITERRANEAN SHIPPING COMPANY SA,         :
et al.,                                                   :
                                                          :
                              Defendants.                :
                                                          :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 3, 2026, Defendants MSC Mediterranean Shipping Company SA and Mediterranean Shipping Company (USA) Inc. (collectively "Defendants") filed a motion to compel 13 former Plaintiffs (the "Former Plaintiffs") to collect and produce ESI responsive to Defendants' subpoenas.  ECF No. 109 at 1.  Specifically, the subpoenas seek documents and communications between or among Former Plaintiffs and Plaintiff, Plaintiff's agent, or other third parties regarding the relevant property, companies, container shipping services, the Helms-Burton Act, this action, and related actions.  *Id.* at 1-2.

The Former Plaintiffs have previously conducted searches for, and produced, hard copy documents responsive to these subpoenas.  Defendants contend that ESI searches are required because "they may provide information that Former Plaintiffs had about the claims in this case—including Plaintiff's and her family's alleged property ownership and business interests—as well as information regarding Former Plaintiff's current financial or other interests, if any, in this litigation, and potential biases as witnesses."  *Id.* at 2.  For the following reasons, Defendants' motion to compel is DENIED.

Defendants' discovery requests are disproportionate to the needs of the case and unduly burdensome.  Fed. R. Civ. P. 26(b)(1).  Here, Plaintiff's claims arise out of events that took place nearly 70 years ago.  *See* ECF No. 1, ¶ 2.  Most Former Plaintiffs are individuals whose only connection to the action was the possibility that they might inherit portions of the claims held by Plaintiff's siblings.  *See* ECF No. 113 at 2.  Accordingly, it is highly speculative that searches of ESI would yield relevant evidence, yet such searches would impose a significant burden on Former Plaintiffs.

Accordingly, Defendants' motion to compel is DENIED.  The Clerk of Court is directed to terminate ECF No. 109.

SO ORDERED.

Dated: February 18, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2