UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

ODETTE BLANCO DE FERNANDEZ *née* BLANCO  :
ROSELL,                                                      :

                                      :

                      Plaintiff,          :          22-CV-06305 (JAV)

                                      :

          -v-                      :          <u>ORDER</u>

                                      :

MSC MEDITERRANEAN SHIPPING COMPANY SA,  :
*et al.*,                                             :

                                      :

                    Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 28, 2025, Plaintiff Odette Blanco De Fernandez filed a motion to compel

Defendants MSC Mediterranean Shipping Company SA ("MSC SA") and Mediterranean

Shipping Company (USA) Inc. (collectively "Defendants") to produce documents responsive to

Plaintiff's requests for productions 48, 51, and 55.  ECF No. 119 at 1.  The Motion seeks

invoices detailing transactions between Defendants and third parties that Plaintiff alleges were

omitted from discovery by Defendants, or, in the absence of these documents, an adverse

inference against Defendants.  *Id.* at 4.

Defendants respond that, after conducting a "reasonable search," they do "not have other

such invoices in [their] possession, custody or control."  ECF No. 124 at 1.  Defendant MSC

SA's Finance Controlling and Reporting Director avers this under penalty of perjury.  ECF No.

124-1, ¶ 8.  Defendants argue that the Court should not grant an adverse inference against them

because (1) the Court has not granted a motion to compel which the Defendants have violated,

(2) Plaintiff has not established that Defendants possess these documents, and (3) that the law of

this Circuit precludes such an inference in these circumstances.  *Id.* at 3-4.  For the following

reasons, Plaintiff's motion to compel is denied.

Generally, a defendant's good-faith assertion that documents do not exist should resolve an alleged failure of production because "one cannot be required to produce the impossible." *Mason Tenders Dist. Council of Greater N.Y. v. Phase Constr. Servs., Inc.*, 318 F.R.D. 28, 42 (S.D.N.Y. 2016) (cleaned up). To successfully overcome this assertion, a plaintiff must point to specific evidence that challenges the defendant's assertion. *See id.* (citing *Margel v. E.G.L. Gem Lab Ltd.*, No. 04 Civ. 1514 (PAC) (HBP), 2008 WL 2224288, at *3 (S.D.N.Y. May 29, 2008).

Defendants have asserted on many occasions that, in or around 2018, they ceased requiring hardcopy invoices for local shipping agents and moved to an electronic cost accounting system. *See, e.g.*, ECF No. 124-1, ¶ 5-7. That Plaintiff interprets an Office of Foreign Assets Control regulation and a particular contract provision to require the receipt and storage of invoices is not sufficient to meet her burden. *See Fecteau v. City of Mount Vernon*, No. 23 Civ. 09173 (KMK)(JCM) 2025 WL 2243346, at *2 (S.D.N.Y Aug. 6, 2025) (denying a motion to compel discovery because plaintiff did not establish a "basis to believe additional documents exist" (quoting *Am. Banana Co. v. Republic Nat'l Bank*, No. 99 Civ. 1330 (AGS), 2000 WL 521341, at *3 (S.D.N.Y. May 1, 2000) (cleaned up))). Neither require Defendants to maintain paper invoices in the format that Plaintiff prefers.

Accordingly, the motion to compel is DENIED. And as there is no evidence that Defendants acted with intent to deprive Plaintiff of relevant discovery material, Plaintiff's request for an adverse inference is likewise denied. *See, e.g.*, *Johnson v. L'Oréal*, No. 18 Civ. 9786 (LGS), 2020 WL 5530022, at *4 (S.D.N.Y. Sep. 15, 2020) ("Mere speculation is not enough—Plaintiff must produce evidence of [defendant's] intent to deprive Plaintiff of ESI in this litigation.").

The Clerk of Court is directed to terminate ECF No. 119.

SO ORDERED.

Dated: March 17, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

3