UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                        :
ODETTE BLANCO DE FERNANDEZ *née* BLANCO          :
ROSELL,                                                                  :
                                                                        :
                                    Plaintiff,            :                   22-CV-06305 (JAV)
                                                                        :
                    -v-                                       :                   ORDER
                                                                        :
MSC MEDITERRANEAN SHIPPING COMPANY SA,   :
*et al.*,                                                                 :
                                                                        :
                                    Defendants.          :
                                                                        :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court has before it motions to seal filed both by MSC Mediterranean Shipping

Company SA and Mediterranean Shipping Company (USA) Inc. (collectively "Defendants") and

Plaintiff Odette Blanco De Fernandez.  *See* ECF Nos. 118, 123.  The motion at ECF Nos. 123 is

GRANTED.  The motion at ECF No. 118 is GRANTED IN PART AND DENIED IN PART.

      Plaintiff's letter motion at ECF No. 118 seeks to redact certain personal and confidential

business information contained in her motion to compel production at ECF No. 119.  Defendants

request redactions concerning business practices and employee personal information that Defendant

discusses in a letter addressed to the Court at ECF No. 122.  Defendants' letter motion at ECF No.

123 seeks to redact certain personal and confidential business information contained in their

response in opposition, ECF No. 124, to Plaintiff's motion to compel production.

      The Court has reviewed all documents pertaining to these requests and finds that both

parties have made a sufficient showing that the information they seek to seal, with some exceptions

set forth below, concerns non-public and sensitive financial information that qualifies as

"confidential business information" material to parties' competitive position in the market and could

potentially inflict "significant competitive disadvantage" on the parties through disclosure. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted).  Parties have also made a sufficient showing that personal information, such as phone numbers and email addresses, is appropriate.  *See In re Keurig Green Mountain Single Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *10 (S.D.N.Y. Jan. 17, 2023) ("The privacy of third parties is the type of higher value that justifies sealing even where the First Amendment right of access attaches." (citing *Matter of N.Y. Times Co.*, 828 F.2d 110,116 (2d Cir. 2023))).  The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access."  *Standard Inv. Chartered, Inc.*, 347 F. App'x at 617 (cleaned up).

In her letter motion at ECF No. 118, Plaintiff represents that Defendants request redaction for "Exhibits 3, 4, 6, 7, 8, 9, 10, 11, and 12."  ECF No. 118 at 1.  In their letter explaining their requested redactions at ECF No. 122, however, Defendants "find no confidential information meriting the sealing" for Exhibits 3, 4, and 12.  ECF No. 122 at 2.  Defendants maintain their request for redactions of Exhibits 6, 7, 8, 9, 10, and 11.  *Id.* at 2-3.  Because Defendant provides sufficient reasons for redaction of the latter and excludes the former, redaction is denied for Exhibits 3, 4, and 12, ECF Nos. 119-3, 119-4, 119-12, and granted for Exhibits 6, 7, 8, 9, 10, and 11, ECF Nos. 119-6, 119-7, 119-8, 119-9, 119-10, 119-11.

Accordingly, Plaintiff is ORDERED to refile a public version of ECF No. 119, with the information outlined above redacted, by no later than March 20, 2026.  Defendant is ordered to file Exhibit C to ECF No. 124 on the docket under seal.

SO ORDERED.

Dated: March 17, 2026
       New York, New York

_____
       JEANNETTE A. VARGAS
       United States District Judge