UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ODETTE BLANCO DE FERNANDEZ née, et al,

Plaintiffs,

-v-

MSC MEDITERRANEAN SHIPPING COMPANY SA; AND MEDITERRANEAN SHIPPING COMPANY (USA) INC.,

Defendants.

---------------------------------------------------------------------X

22-CV-06305 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On July 2, 2026, the Court denied a motion by Plaintiff Odette Blanco de Fernandez ("Plaintiff") to terminate or limit the deposition of non-party Emma R. Blanco and to limit the scope of discovery. *See* ECF No. 144 at 2. The Court further ordered Plaintiff to show cause by July 8, 2026, as to why the Defendants' exhibits filed at ECF No. 142 should not be unsealed. *Id.* Plaintiff filed a Letter on July 8, 2026. ECF No. 145 ("Letter").

Plaintiff no longer objects to the unsealing of the deposition transcript, and she withdraws her confidentiality designation with respect to that exhibit. *Id.* Likewise, Plaintiff does not object to the unsealing of the sharing agreement but requests that the following be redacted: (1) the non-parties' home addresses and emails and (2) the percentage of financial interest for each non-party. *Id.* Plaintiff's request for limited redaction is **GRANTED**.

Plaintiff's request appropriately seeks to protect the substantial personal privacy interests of third parties. *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995); *see Fairstein v. Netflix, Inc.*, No. 20-CV-08042 (PKC), 2023 WL 6164293, at *2 (S.D.N.Y. Sept. 21, 2023) ("The privacy interests of third parties should weigh heavily in a court's balancing equation.") (cleaned up).

Accordingly, the deposition transcripts and related stipulations, ECF No. 142, Exs. A, B, and D, are ordered unsealed. As to the sharing agreement, sealing is permitted to the limited extent requested in the Letter. The home addresses, emails, and percentages associated with financial interest are to be redacted for all sixteen non-parties.

The Clerk of Court is directed to unseal ECF No. 142 and its Exhibits A, B, and D, leaving Exhibit C of that docket entry sealed. Plaintiff is directed to refile Exhibit C with appropriate redactions on the docket in accordance with the Court's Individual Rules by July 17, 2026.

SO ORDERED.

Dated: July 14, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge